# Court of Appeals, State of Michigan

## ORDER

Gasper Randazzo v Lake Township

Docket No. 348559

LC No. 18-105562-AA

Mark T. Boonstra
Presiding Judge

Mark J. Cavanagh

Stephen L. Borrello
Judges

The Court orders that the motion for reconsideration is DENIED.

However, on the Court's own motion, our November 12, 2020 opinion is VACATED and replaced with the amended opinion issued on the same date as this order. The amended opinion corrects certain language on page 4 of the initial opinion, which in all other respects remains unchanged.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

December 10, 2020
Date

Chief Clerk